**UNITED STATES of America, Plaintiff–Appellee,**

v.

**David Allen WILSON, Defendant–Appellant.**

No. 01–6219.

United States Court of Appeals, Fourth Circuit.

Submitted March 30, 2001.

Decided April 24, 2001.

---

* The parties consented to the magistrate judge's jurisdiction pursuant to 28 U.S.C. § 636(c) (1994).

David Allen Wilson, pro se. Rick A. Mountcastle, Office of the United States Attorney, Abingdon, VA, for appellee.

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

PER CURIAM.

David Allen Wilson seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000) and his motion seeking reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Wilson,* Nos. CR–95–6–A; CA–99–553–7 (W.D.Va. Nov. 30 & Dec. 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*